IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE GLEN TUCKER,<br><br>Defendant. | CR 07-117-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JESSE GLEN TUCKER is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of July, 2022.

_____
SUSAN P. WATTERS
United States District Judge

1